# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

CIVIL NO. 3:06CV314

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>) | <br><br><br><br><br><br>**JUDGMENT BY DEFAULT,** |
| 2005 DODGE MAGNUM )<br>VIN 2D4GV58X5H113088, )<br>)<br>)<br>Defendant. )<br>) | **ENTRY OF JUDGMENT, AND**<br>**FINAL JUDGMENT OF FORFEITURE** |

This Matter is before the Court on the United States' Motion for an Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a)(2)(A)(iii) against the defendant property.

For the reasons stated in the Motion and no response being necessary, the Motion is allowed.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The government's Motion for Judgment by Default, Entry of Judgment, and Final Order of forfeiture against the **DEFENDANT PROPERTY:**

    **2005 DODGE MAGNUM, VIN 2D4GV58X5H113088**,

shall be granted and judgment of forfeiture is entered in favor of the United States against all persons and entities in the world;

2. Any and all right, title and interest of all persons in the world in or to the defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: December 18, 2006

Graham C. Mullen
United States District Judge